STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CECIL SAMUEL THOMAS, DEFENDANT-PETITIONER.

On petition for certification to Essex County Court.

*Mr. Walter D. Van Riper* and *Mr. Nathan Cholodenko* for the petitioner.

*Mr. Charles V. Webb, Jr.,* and *Mr. C. William Caruso* for the respondent.

September 24, 1956.

ANN REGINA DEY, PLAINTIFF-RESPONDENT, v. ORLANDO HOWARD DEY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Ruback & Albach* and *Mr. Morris M. Schnitzer* for the petitioner.

*Messrs. Dughi & Johnstone* and *Mr. Machael J. O'Neil* for the respondent.

October 1, 1956.